The Honorable James L. Robart

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

TIEN TRAN and REBECCA TRAN, individually and as the marital community thereof, Washington state residents,

Plaintiffs,

v.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, a foreign company,

Defendant.

NO. 2:24-cv-00879-JLR

~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY COMPLETION AND MOTIONS TO COMPEL DEADLINES ONLY

THIS MATTER came before the Court on the parties' Stipulated Motion to Continue Discovery Completion and Motion To Compel Deadlines Only. The Court has reviewed the Court file herein and is fully apprised of the same. Accordingly, the Court hereby ORDERS that the parties' Stipulated Motions to Continue Discovery Completion and Motions To Compel Deadlines Only is GRANTED.

The trial date and pre-trial dates not indicated below are not impacted by this Order. These changes do not re-open past deadlines. The only pre-trial deadline revisions are as follows:

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

| EVENT | OLD DEADLINE | NEW DEADLINE (STIPULATED) |
|---|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | February 12, 2026 | March 10, 2026 |
| Discovery completed by | March 16, 2026 | March 31, 2026 |

IT IS SO ORDERED.

DATED this 13th day of ___February___, 2026.

_____
Honorable James L. Robart

Presented by:

FOX ROTHSCHILD LLP


*s/ Sarah D. Macklin*
_____
Bryan J. Case, WSBA #41781
Sarah D. Macklin, WSBA #49624
Grace Wan, WSBA #61427

*Attorneys for Defendant Allstate Vehicle and Property Insurance Company*

(PROPOSED) ORDER GRANTING STIPULATED MOTION TO CONTINUE
DISCOVERY COMPLETION AND MOTIONS TO COMPEL DEADLINES ONLY
(2:24-CV-0000879-JLR) - 2
182187072.1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600