UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIEN TRAN, et al., | CASE NO. C24-0879JLR |
| Plaintiff, | ORDER |
| v. | |
| ALLSTATE VEHICLE AND PROPERTY INS. CO., | |
| Defendants. | |

On March 17, 2026, the parties filed a stipulated motion to dismiss this matter with prejudice and without attorneys' fees or costs to any party.  (Mot. (Dkt. # 27).)  The court GRANTS the parties' motion.  This matter is DISMISSED with prejudice.

Dated this 17th day of March, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 1